**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　Appellant,<br><br>　v.<br><br>CHONG HO KIM, et al.,<br><br>　　　　　Appellee. | Case No. 19-cv-06686-BLF<br><br>**ORDER APPROVING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[ECF 12] |

The Court hereby approves Plaintiff, Theresa Brooke's Notice of Voluntary Dismissal with Prejudice at ECF 12. The case is DISMISSED WITH PREJUDICE. The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: January 29, 2020

_____
BETH LABSON FREEMAN
United States District Judge